# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2003-56 |
| v. | ) | |
| | ) | |
| LORI SCHULZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# **ORDER**

FINCH, J.

THIS MATTER comes before the Court on the re-sentencing of Defendant Lori Schulz scheduled to take place on August 22, 2008. Due to unforeseen complications with regard to the Court's video conferencing equipment, it is hereby

**ORDERED** that the re-sentencing of Defendant Lori Schulz is continued without date.

**ENTERED this 20th day of August, 2008.**

                                                        /s/
                                        **HONORABLE RAYMOND L. FINCH**
                                        **U.S. DISTRICT JUDGE**

.